**Order entered May 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00017-CR

**RICARDO BELTRAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-56077-M**

## ORDER

The reporter's record is past due. We notified court reporter Belinda Baraka on January 8, 2019 that it was overdue and directed her to file it by February 7, 2019. We then granted her request for an extension of time, making the record due March 29, 2019. Ms. Baraka filed a request for a second extension which we granted in part, making the record due by May 6, 2019. In that order, we cautioned Ms. Baraka that the failure to file it by that day would result in the Court taking whatever remedies it has available, including ordering that she not sit until the reporter's record is filed. To date, the reporter's record has not been filed, and we have had no communication from Ms. Baraka.

We **ORDER** that court reporter Belinda Baraka **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/      CORY L. CARLYLE
         JUSTICE